UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMARK DIXON,

                Plaintiff,

-against-

U.S. ATTORNEY OFFICE,

                Defendant.

1:24-CV-1519 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

On March 18, 2024, Plaintiff filed a motion to withdraw this action. (ECF 3.)

The Court grants Plaintiff's motion. The Court dismisses this action without prejudice. Fed. R. Civ. P. 41(a).

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  March 21, 2024
         New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge